PD-0630-15

Michael Wayne Osborne
1978656
3295 FM 3514
Beaumont, Texas 77705

May 15, 2015

Attn: Clerk Carol Ann Holey
1001 Pearl St 3rd Floor
Beaumont, Texas 77701

RE: Michael Wayne Osborne vs The State Of Texas No. 14-20537

Dear Clerk

Please Find Enclosed The Defendant P.DR. For Filing In The Above-Entitled Cause. Thank You.

Sincerely,

Michael Wayne Osborne

Michael Wayne Osborne

RECEIVED
MAY 2 1 2015
CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 26 2015
Abel Acosta, Clerk

THE
COURT OF APPEAL

STATE OF TEXAS
NINTH DISTRICT

BEAUMONT, TEXAS
CAUSE NO: 14-20537

✻

MICHAEL WAYNE OSBORNE
APPELLANT

✻

VS.

THE STATE OF TEXAS

APPELLEE
FROM

✻

CRIMINAL DISTRICT COURT OF
JEFFERSON COUNTY, TX.
BEAUMONT, TEXAS
IN CAUSE NO: 14-20537

✻

## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

# TABLE OF CONTENTS

COVER SHEET — — — — — — — — — — — — P. i

IDENTIFICATION OF PARTIES AND COUNSEL — — — — — — — P. ii

TABLE OF CONTENTS — — — — — — — — — — — P. iii

INDEX OF AUTHORITIES — — — — — — — — — — P. 1

JURISDICTION — — — — — — — — — — P. 1

CONFINEMENT — — — — — — — — — — P. 1

STATEMENT OF CASE — — — — — — — — — — P. 2-4

GROUNDS FOR REVIEW #1 — — — — — — — — P. 4

SUMMARY OF ARGUMENT — — — — — — — — P. 5-6

ARGUMENT AND AUTHORITY — — — — — — — P. 6,7

PRAYER FOR RELIEF — — — — — — — — — P. 8

CERTIFICATE OF SERVICE — — — — — — — — — P. 8

## IDENTIFICATION OF PARTIES AND COUNSEL

PURSUANT TO RULE 68.4 A COMPLETE LIST OF THE NAMES OF all INTERESTED PARTIES IS PROVIDED BELOW SO THE MEMBERS OF THIS HONORABLE COURT, MAY AT ONCE DETERMINE WHETHER THEY ARE DISQUALIFIED TO SERVE OR SHOULD RECUSE THEMSELVES FROM PARTICIPATING IN THE DECISION OF THE CASE.

Michael WAYNE OSBORNE        DEFENDANT
     3295 FM 3514
     BEAUMONT TEXAS 77705


DEFENSE ATTY TRIAL / PIEA AGREEMENT
     NATHEN RENOLDS                    CRIMINAL DISTRICT COURT
       MEMORAL BIVD                    PRESIDING JUDGE John STEALSON
     PORT ARTHUR TX 77640             1001 PEARL ST. BEAUMONT TX 7770.

STATES ASSISTANT DISTRICT ATTORNEY
     WAYLEN G. THOMPSON
     1001 PEARL ST. BEAUMONT TEXAS 77701


STATES APPEAL ASSISTANT DISTRICT ATTORNEY
     WAYLEN G. THOMPSON
     1001 PEARL ST. BEAUMONT TEXAS 77701

# INDEX OF Authorities

APPELEMAN VS. STATE S.W. 2d 806 810 (TEX CRIM 1976) _ _ P.6

MCENTRE VS. STATE 698 S.W. 2d 652 660 (TEXCRIM APP 1985)_ P.6

MCMILLION V. STATE 769 S.W. 2d 675 676 (TEX. APP. Dallas 1989) P.7

## STATUTORY LAW

UNITED STATES CONST _ _ _ _ _ _ P. 1

TEX CONST. _ _ _ _ _ _ _ P. 11
                ART 19, 19
ART 13.05 (2) _ _ _ _ _ _P. 5

_ _ _ _ _ _ _ _P. 4 P7

Cause No: 14-20537

Michael Wayne Osborne     *     In The Neanth Distrct Court

vs.     *     Of Jefferson County

The State Of Texas     *     Beaumont, Texas.

    *

    *

## Peteteon For Discreteonary Review

**To The Honorable Soid Judges Of Court:**

Now Comes Michael Wayne Osborne The Appellant In The Above-Entitled Cause. And Files His Petetion For Descreteonary Review. Pursuant To His 5th 6th. 8th. And 14th. Amendment To The United States Constitution. The Appellant Respectfully Shows The Following:

### I.     Juresdiction

This Honorable Court Vest Proper Juresdiction Reference The Above-Entitled Cause.

### II     Confenement

The Appellant Is Presently Confened At Larry Gist State Jail Unit. Located At 3295 FM 3514 Beaumont Texas 77705

P. 1

## III.

## STATEMENT OF CASE

ON DECEMBER 12, 2014 APPELLANT APPEARED BEFORE THE CRIMINAL DISTRICT COURT BEAUMONT TEXAS IN COURSE 14-20537. THE DEFENDANT ANNOUNCED THE WANTING TO REPRESENT HIMSELF, AND WAS DENIED.

MATTHEW RENOLDS APPOINTED, GAVE ADVISE THAT THE DEFENDANT SHOULD ENTER A PLEA AGREEMENT. FOR TWO YEARS STATE JAIL OR THE JUDGE CONVEY'S WE WILL GO TO TRIAL TODAY. APPELLANT ENTER A PLEA. THE ABOVE-ENTITLED CAUSE WAS BOUND OVER UNTIL JAN 12, 2015, IN THE ABOVE-ENTITLED CAUSE. THIS WAS A PLEA BORGEN CASE FOR TWO YEARS STATE JAIL.

HOWEVER MATTERS WERE RAISED BY WRITTEN MOTIONS. A MOTION TO DISMISS COUNSEL. REFERENCE INEFFECTIVE ASSISTANCE AND MOTION FOR RECUSAL OF THE CRIMINAL DISTRICT COURT JUDGE, WHICH WERE RULE ON BY THE COURT PRIOR TO SENTENCE BEING IMPOSED. APPELLANT ATTEMPTED TO WITHDRAWN PLEA DENIED. PUNISHMENT WAS IMPOSED AT 2 YEARS STATE JAIL A NOTICE OF APPEAL WAS FILED FEB 2, 2015 TO THE 9TH. DISTRICT COURT OF APPEALS BEAUMONT, TEXAS CAUSE NO 09-1500060-CR ONLY AFTER THE TRIAL COURT WOULD NOT RESPONSE TO APPELLANT'S NOTICE OF APPEAL MICHAEL WAYNE OSBORNE VS. THE STATE OF TEXAS
(APPELLANT)                                  (APPELLEE)

P. 2

THE 9TH. DISTRICT COURT OF APPEALS RETURNED A CORRESPONDENCE ACKNOWLEDGING RECEIPT OF APPELLANT'S NOTICE, AND CONVEYED THAT THEY WERE IN RECEIPT OF APPELLANTS NOTICE, AND CONVEYED THAT THEY WERE IN RECEIPT OF THE CRIMINAL DISTRICT COURTS CERTIFICATION WHICH ARTICULATED APPELLANT DOES NOT HAVE A RIGHT TO APPEAL.

THE APPEALS COURT ALSO CONVEYED TO APPELLANT ABSENT A CERTIFICATION FROM THE TRIAL COURT, THE APPELLANT DOES NOT HAVE THE RIGHT TO APPEAL. APPEL MUST BE DISMISSED UNLESS WITHIN FIFTEEN DAYS OF THE DATE OF THIS LETTER WE RECEIVE A RESPONSE THAT ESTABLISHES THAT CERTIFICATION IS INCORRECT THE COURT OF APPEALS WELL DISMISS THE APPEAL.

ON MARCH 4, 2015. APPELLANT WAS IN RECEIPT OF SUCH DATED CORRESPONDENCE ENTITLED ABOVE. THE MEMORANDUM OPINION, WHICH WAS RENDERED BY THE 9TH. DISTRICT COURT BEAUMONT, TEXAS IN COUSE 69-15-00060-CR, WHICH ASSERTED.

ON JANUARY 12, 2015 THE TRIAL COURT SENTENCED Michael WAYNE OSBORNE ON A CONVICTION FOR BURGLARY OF BUILDING.

P.3

Osborne filed a notice of appeal on February 3, 2015. The District Clerk had provided the trial court's certification to the District Court of Appeals Tex. R. App. P. 25.2 (B) 2.

On February 3, 2015. The 9th District Court of Appeals Beaumont Texas. Notified the parties that timely would dismiss the appeal unless the appellant established grounds for continuing the appeal. The appellant filed a response but failed to establish that the trial court's certification should be amended because the record does not contain a certification that shows the defendant has a right to an appeal. We must dismiss the appeal see: Tex R. App. P. 25 (d). Accordingly the 9th District Court of Appeals Bmt, Tx. dismissed defendants appeal.

IV.

<u>Grounds for Review No. 1</u>

Appellant contends that the criminal District court of Jefferson County Beaumont Texas. Abused its discretion denying appellants motion for new trial without an evidentory hearing, which raises matters extrinsic to the record.

Verified or supported by sworn declaration pursuant to VTCA 132.001

P. 4

## V. SUMMARY OF ARGUMENT

APPELLANT CONTENDS THAT THE CRIMENAL DISTRICT COURT OF JEFFERSON COUNTY, BEAUMONT TEXAS, ABUSED IT'S DISCREATION DENYING APPELLANT'S MOTION FOR NEW TRIAL WITHOUT AN EVIDENTURY HEARING WHICH RAISED MATTERS EXTRENSIC TO THE RECORD. VERIFICED BY AFFIDAVIT SUPPORTED BY UNSWORN DECLORATION PURSUONT TO VTCA 132.001 CLEORLY ABUSED OF DISCREATION.

AN EVIDENTURY HEARING WOULD HAVE ALLOWED APPELLANT TO DEVELOPE A RECORD. AS TO BEING DENIED SELF-REPRESENTATION, FAILURE OF THE STOTE'S PROBOBLE COUSE OFFEDAVIT NOT MEETING THE REQUEREMENT OF CODE OF CRIMENAL PROCEDURE 1505 (2). THE MOTION TO DISMISS COUNSEL PREDICTED ON INEFFECT-IVENESS BEFORE TRIOL, APPELLANT MOTION FOR RECUSOL OF JUDGE AND TO WITHDRAW PLEA OF GUILT PRIOR TO SENTENCING.

SUCH OMISSION BY THE CRIMINAL DISTRICT COURT, OF JEFFERSON COUNTY BEAUMONT, TX. CALCULATED TO VIOLATED APPELLANT'S 5TH 6TH 8TH. AND 14TH. AMENDMENTS RIGHTS TO THE UNITED STATES CONST. AND TX CONST. ART. 1, 19 BY DENYING

P.5

APPELLANT MOTION FOR NEW TRIAL WITHOUT AN EVIDENTIALLY HEARING, CALCULATED TO AN ABUSE OF DISCREATION

VI          <u>ARGUMENT AND AUTHORITY</u>

WHEN REVIEWING THIS INSTANCE CASE AT BAR, WHICH SHOULD RECEIVE TANTOMOUNT RECOGNITION; THAT'S OF PARAMOUNT IMPORTANCE, IS THAT THE TRIAL COURT CLEARLY ABUSED ITS DISCREATION IN DENYING APPELLANTS MOTION FOR NEW TRIAL WITHOUT AN EVIDENTARY HEARING (ON ONE HAND).

WHAT'S OF RECOGNITION WHEN REVEEWING APPELEMAN US. STATE S.W. 2d. 806 810 (TEX CRIM APP 1976) MCINTRE US. STATE 698 S.W. 2d. 652 660 (TEX. CRIM APP 1985). PROFOUNDLY CITES, A HEARING ON A MOTION FOR NEW TRIAL IS (MANDATED) WHEN AN AFFIDAVIT AS IN THIS CASE AT BAR ATTACKING THE VERDICT ON MATTERS OUTSIDE THE RECORD IS SUFFICIENT TO GIVE THE TRIAL COURT NOTICE THAT REASONABLE GROUNDS EXIST FOR DISTERRBING ITS VERDICT NO DIFFERENT THEN THIS PRESENT CASE AT BAR.

(ON THE OTHER HAND)

APPELLANT PROFOUNDLY CITES THAT HIS MOTION FOR NEW TRIAL WAS SUPPORTED BY AFFIDAVIT WHEREIN APPELLANT ATTACKS THE VERDICT ON MATTERS OUTSIDE THE RECORD AS TO BEING DENIED [1] SELF REPRESENTATION [2] THE FAILURE OF THE STATES PROBABLE CAUSE AFFIDAVIT FAILING TO MEET THE

REQUIREMENT OF THE CODE OF CRIMINAL PROCEDURE 15.05(2).
(3) THE MOTION TO DISMISS COUNSEL, ON INEFFECTIVE COUNSELING BEFORE TRIAL.
(4) APPELLANT'S MOTION FOR RECUSAL OF JUDGE (5) TO WITHDRAW GUILTY PLEA.

ALL ENCLOSURES WERE SUFFICIENT TO GIVE THE CRIMINAL DISTRICT COURT BEAUMONT TEXAS. NOTICE OF REASONABLE GROUNDS EIST FOR DISTURBING ITS VERDICT RENDERED Jan 12/2015. THATS POINFULLY OBVIOUS, Calculated TO DISCREATION. ABUSE

( EMPHASIS ADDED )

WHO SPEAKS FOR THE APPELLANT DOES THE LOW SPEAK OR IS THE LOWS SILENTY TO ANY QUESTION THE APPELLANT MAY HAVE. MAY HAVE HAD .. AND STILL HAVE . . .

SEE: McMILLION V, STATE 769 S.W/2d 675 676 (TEX APP Dallas 1989)

THERE IS A REASONABLE PROBABILITY THE CRIMINAL DISTRICT COURT OF Beaumont TX. CLEARLY ABUSED ITS DISCREATION. FOR IT REACHED A DECISION SO ARBITRARY AND UNREASONABLE AS TO AMOUNT TO A CLEAR AND PREJUDICAL ERROR OR LOW 700 S.W. 2d AT 917.

THE MOTIVATION ACTUALLY THE POWER OF THE CRIMINAL DISTRICT COURT BMT TX. TO BEND THE NATURE OF WHAT THE LAW IMPLYS TO ITS DESIRES. AND DENY APPELLANT A HEARING ON M. F.N.T. IS CLEARLY ABUSE OF DISCREATION.

P.7

## PRAYER

WHEREFORE PREMISES Considered Michael Wayne Osborne RESPECTFULLY PRAYES THOt THis Honorable Court Grant THE PETITION FOR DISCREATIONARY REVIEW, PREDICATED ON An ABUSE OF DISCREATION ORDERING THE Trial Court TO Hold A Hearing AND Vocate THE SENTENCE Once ITS DETERMINED That NO CRIME Was Committed. In all THINGS As THE DEFENDANT IS JustLi ENTITIED.

RESPECTFULLY SUBMITTED.

*Michael Wayne Osborne*

MICHAEL WAYNE OSBORNE
3295 FM 3514
Beaumont, TX 77705

## CERTIFICATE OF SERVICE

THE DEFENDANT MAILED THE FORGOING P.D.R. TO THE 9TH. DISTRICT Court OF APPEALS ON May 15, 2015 IN BMT, Texas. U.S. Postal SERVICE.

*Michael Wayne Osborne*
Michael Wayne Osborne
3295 FM 3514
Beaumont, Texas 77705

P. 8.

.54 (L)

Michael Wayne Osborne
3295 FM 3514
Beaumont Texas 77705



ATTN: Carol Anne Horley (Clerk)
9th. Court of Appeals Suite 330
1001 Pearl St.
Beaumont, Texas 77701